Electronically FILED by Superior Court of California, County of Los Angeles on 03/29/2019 10:37 AM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Alarcon,Deputy Clerk

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Robert W. Norman (SBN 232470); Bobbie N. Styles (SBN 318484)<br>Houser & Allison, APC<br>9970 Research Drive, Irvine, CA 92618<br>TELEPHONE NO.: 949-679-1111    FAX NO. *(Optional)*: 949-679-1112<br>E-MAIL ADDRESS *(Optional)*: bstyles@houser-law.com<br>ATTORNEY FOR *(Name)*: See Attachment A | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 600 E. Broadway
MAILING ADDRESS: Same
CITY AND ZIP CODE: Glendale, 91206
BRANCH NAME: Glendale Courthouse

PLAINTIFF/PETITIONER: Stephen R. Golden
DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al.

| **CASE MANAGEMENT STATEMENT**<br>(Check one):   [✓] **UNLIMITED CASE**<br>(Amount demanded exceeds $25,000)   [ ] **LIMITED CASE**<br>(Amount demanded is $25,000 or less) | CASE NUMBER:<br>19GDCV00129 |
|---|---|

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:
Date: April 15, 2019    Time: 8:30 a.m.    Dept.: E    Div.:    Room:
Address of court *(if different from the address above)*:

[✓] Notice of Intent to Appear by Telephone, by *(name)*: Bobbie N. Styles

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [✓] This statement is submitted by party *(name)*: See Attachment A
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not)*:
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a. Type of case in [✓] complaint   [ ] cross-complaint   *(Describe, including causes of action)*:
      This is a complaint for violation of HBOR, promissory estoppel, violation of the business and professions code sections 17200, intentional misrepresentation, cancellation of instruments, rescission, and negligence

Page 1 of 5
Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

EXHIBIT 1
PAGE 28 OF 65

CM-110

| PLAINTIFF/PETITIONER: Stephen R. Golden | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al. | 19GDCV00129 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

   The primary allegation of the complaint is that Defendants violated the homeowners bill of rights by wrongfully initiating foreclosure proceedings. Defendants deny all allegations.

   ☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request ☐ a jury trial ☑ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
      The case is not yet at issue
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 3-5 days
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. E-mail address:
   f. Fax number:
   g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

EXHIBIT 1
PAGE 29 OF 65

CM-110

| PLAINTIFF/PETITIONER: Stephen R. Golden | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al. | 19GDCV00129 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ✓ | ✓ Mediation session not yet scheduled <br> ☐ Mediation session scheduled for *(date)*: <br> ☐ Agreed to complete mediation by *(date)*: <br> ☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ✓ | ✓ Settlement conference not yet scheduled <br> ☐ Settlement conference scheduled for *(date)*: <br> ☐ Agreed to complete settlement conference by *(date)*: <br> ☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled <br> ☐ Neutral evaluation scheduled for *(date)*: <br> ☐ Agreed to complete neutral evaluation by *(date)*: <br> ☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled <br> ☐ Judicial arbitration scheduled for *(date)*: <br> ☐ Agreed to complete judicial arbitration by *(date)*: <br> ☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled <br> ☐ Private arbitration scheduled for *(date)*: <br> ☐ Agreed to complete private arbitration by *(date)*: <br> ☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled <br> ☐ ADR session scheduled for *(date)*: <br> ☐ Agreed to complete ADR session by *(date)*: <br> ☐ ADR completed on *(date)*: |

EXHIBIT 1
PAGE 30 OF 65

|  |  |
|---|---|
| PLAINTIFF/PETITIONER: Stephen R. Golden | CM-110 |
| DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al. | CASE NUMBER: 19GDCV00129 |

11. **Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
    b. Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

12. **Jurisdiction**
    Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☐ Other *(specify)*:
    Status:

13. **Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
       (1) Name of case:
       (2) Name of court:
       (3) Case number:
       (4) Status:
       ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

14. **Bifurcation**
    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

15. **Other motions**
    ☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:
    Potentially a motion for summary judgment, if necessary

16. **Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

    | Party | Description | Date |
    |---|---|---|
    | Defendants | Document Demands | September 2019 |
    | Defendants | Deposition | September 2019 |

    c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

|  |  |
|---|---|
| PLAINTIFF/PETITIONER: Stephen R. Golden | CASE NUMBER: 19GDCV00129 |
| DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al. | |

CM-110

17. **Economic litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**
   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**
   a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: March 29, 2019

Bobbie N. Styles                                                        ▶ *Bobbie Styles*
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY)

_____                           ▶ _____
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

EXHIBIT 1
PAGE 32 OF 65

| | MC-025 |
|---|---|
| SHORT TITLE: Stephen R. Golden vs. U.S. Bank, N.A., as Trustee, et al. | CASE NUMBER: 19GDCV00129 |

**ATTACHMENT** (Number): A

*(This Attachment may be used with any Judicial Council form.)*

Defendants, U.S. Bank, N.A., as Trustee for BNC Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 (erroneously sued as U.S. Bank, N.A., As Trustee For BNC Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1, By Ocwen Loan Servicing, LLLC, its Attorney in Fact); and Mortgage Electronic Registration Systems, Inc. (erroneously sued as Mortgage Electronic Registration System)

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 6

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

EXHIBIT 1
PAGE 33 OF 65

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On March 29, 2019 I served the following document(s) described as follows:

**CASE MANAGEMENT STATEMENT**

On the following interested parties in this action:

Stephen R. Golden
127 N. Madison Ave., Ste. 101B
Pasadena, CA 91101-1750
stephen@stephengoldenlaw.com
*Plaintiff*

☒ FIRST CLASS MAIL—By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on March 29, 2019 at Irvine, California.

_____
Courtney Hershey

EXHIBIT 1
PAGE 34 OF 65