Electronically FILED by Superior Court of California, County of Los Angeles on 04/09/2019 02:12 Sherri R. Carter, Executive Officer/Clerk of Court, by Sandra Alarcon, Deputy Clerk

| | | |
|---|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Stephen R. Golden, 127 N. Madison Ave., Ste. 101B<br>Pasadena, CA 91101; Tel: (626) 584-7800 | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
| ATTORNEY FOR (Name): Plaintiff, Stephen R. Golden, In Pro Per | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:
Glendale Superior Court, 600 E. Broadway, Glendale CA 91206
PLAINTIFF:
Stephen R. Golden
DEFENDANT:
U.S. Bank, N.A., et al.

| AMENDMENT TO COMPLAINT<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>19GDCV00129 |
|---|---|

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
Doe 1

and having discovered the true name of the defendant to be:

TRUE NAME
Ocwen Loan Servicing, LLC

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 4/9/2019 | Stephen R. Golden | /s/ Stephen R. Golden |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____                    _____
Dated                                                          Judicial Officer

LASC LACIV 105 (Rev. 08/18)
For Optional Use

**AMENDMENT TO COMPLAINT**
**(Fictitious / Incorrect Name)**

Code Civ. Proc., §§ 471.5,
472, 473, 474

Electronically Received 04/09/2019 02:12 PM

EXHIBIT 1
PAGE 35 OF 65

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 127 N. Madison Ave., Suite 101B, Pasadena, California 91101-1750.

## AMENDMENT TO COMPLAINT

On the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Tel/Fax/Email | Party |
|---|---|---|
| Bobbie Styles, Esq.<br>HOUSER & ALLISON, APC<br>9970 Research Drive<br>Irvine, CA | Tel: (949) 679-1111<br>Fax: (949) 679-1112 | Attorney for Defendants |

☒ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger will be filed under separate cover.

☒ (FACSIMILE) I faxed the documents to the persons at the fax numbers listed.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed, I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

EXHIBIT 1
PAGE 36 OF 65

| | |
|---|---|
| 1 | ☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addresses listed above by electronic mail at the email address(es) set forth above pursuant to Fed. R. Civ. P.5. (d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed. R. Civ.P.5.(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se. |
| 2 | |
| 3 | |
| 4 | |
| 5 | ☒ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 6 | |
| 7 | ☐ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| 8 | |
| 9 | Executed on April 9, 2019 at Pasadena, California. |

_Karen Golden_
(Type or print name)

*signature: Karen Golden*

LONG\POS Amend to Complaint          -2-          Case No: 19GDCV00129

EXHIBIT 1
PAGE 37 OF 65