| | CIV-110 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:**  STATE BAR NO: <br>NAME: Stephen R. Golden <br>FIRM NAME: <br>STREET ADDRESS: 127 N. Madison Ave., Suite 101B <br>CITY: Pasadena   STATE: CA   ZIP CODE: 91101 <br>TELEPHONE NO.: (626) 584-7800   FAX NO.: (626) 795-5940 <br>E-MAIL ADDRESS: stephen@stephengoldenlaw.com <br>ATTORNEY FOR (Name): In Pro Per, Stephen R. Golden | **FOR COURT USE ONLY** <br><br>**FILED** <br>Superior Court of California <br>County of Los Angeles <br>**04/15/2019** <br>Sherri R. Carter, Executive Officer / Clerk of Court <br>By: _Dinora Quispe_ Deputy |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES <br>STREET ADDRESS: 600 E. Broadway <br>MAILING ADDRESS: Same above <br>CITY AND ZIP CODE: Glendale, 91206 <br>BRANCH NAME: Glendale Superior Court | |
| Plaintiff/Petitioner: Stephen R. Golden <br>Defendant/Respondent: U.S. Bank, N.A., et al. | |
| **REQUEST FOR DISMISSAL** | **CASE NUMBER:** <br>19GDCV00129 |

Electronically Received 04/15/2019 08:29 AM

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☒ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): on (date):
      (4) ☐ Cross-complaint filed by (name): on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):* Mortgage Electronic Registration System

2. (Complete in all cases except family law cases.)
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 4/15/2015
Stephen R. Golden
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☒ PARTY WITHOUT ATTORNEY)   ▶ _/s/ Stephen R. Golden_ (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)   ▶ (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

(To be completed by clerk)
4. ☒ Dismissal entered as requested on (date): 04/15/2019
5. ☐ Dismissal entered on (date):    as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☒ Attorney or party without attorney notified on (date): 04/15/2019
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Sherri R. Carter, Executive Officer / Clerk of Court
Date: 04/15/2019   Sherri R. Carter, Executive Officer / Clerk of Court   Clerk, by _Dinora Quispe_, Deputy

Page 1 of 2

| Form Adopted for Mandatory Use <br>Judicial Council of California <br>CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.; Gov. Code, <br>§ 68637(c); Cal. Rules of Court, rule 3.1390 <br>www.courts.ca.gov |

**EXHIBIT 1**
**PAGE 38 OF 65**

**CIV-110**

| Plaintiff/Petitioner: Stephen R. Golden | CASE NUMBER: |
| Defendant/Respondent: U.S. Bank, N.A., et al. | 19GDCV00129 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

**Declaration Concerning Waived Court Fees**

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):*   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____          ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)            (SIGNATURE)

**EXHIBIT 1**
**PAGE 39 OF 65**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 127 N. Madison Ave., Suite 101B, Pasadena, California 91101-1750.

## REQUEST FOR DISMISSAL

On the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Tel/Fax/Email |
|---|---|
| Bobbie Styles, Esq.<br>HOUSER & ALLISON, APC<br>9970 Research Drive<br>Irvine, CA | Tel: (949) 679-1111<br>Fax: (949) 679-1112 |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger will be filed under separate cover.

☒ (FACSIMILE) I faxed the documents to the persons at the fax numbers listed.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed, I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

EXHIBIT 1
PAGE 40 OF 65

1 ☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addresses listed above by electronic mail at the email address(es) set forth above pursuant to Fed. R. Civ. P.5. (d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed. R. Civ.P.5.(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se.

☒ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 15, 2019 at Pasadena, California.

__Karen Golden__   /s/ Karen Golden
(Type or print name)

EXHIBIT 1
PAGE 41 OF 65